■ In the Matter of ARANESSA L., Respondent, v ISAAC C., Appellant. [50 NYS3d 354]—

Order, Family Court, New York County (Susan K. Knipps, J.), entered on or about March 10, 2016, which, after a hearing, declared respondent to be the father of the subject child, unanimously affirmed, without costs.

The Family Court properly concluded that the best interests of the child required that respondent be equitably estopped from obtaining DNA testing and denying paternity. The record established that he assumed the role of a parent, albeit in a somewhat limited way, and led the child to believe that he was her father for the next 15 years of her life (*see Matter of Glenda G. v Mariano M.*, 62 AD3d 536 [1st Dept 2009], *lv denied* 13 NY3d 708 [2009]). Concur—Richter, J.P., Mazzarelli, Kahn and Gesmer, JJ.